1 | Joseph P. Russionello
United States Attorney
2 | 450 Golden Gate Ave (11th Floor)
San Francisco, CA 94102
3 | Telephone: (415) 436-7200

4 | Attorneys for the United States

E-FILING

**FILED**
JUL - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,           )   CRIMINAL NO. 08-mj-70406 HRL
                                    )
            Plaintiff,              )
                                    )   NOTICE OF PROCEEDINGS ON
        v.                          )   OUT-OF-DISTRICT CRIMINAL
                                    )   CHARGES PURSUANT TO RULES
Gaylord William Laplante            )   5(c)(2) AND (3) OF THE FEDERAL RULES
                                    )   OF CRIMINAL PROCEDURE
            Defendant.              )
                                    )
_____)

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on __7/7/08__, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☑ Indictment   ☐ Information   ☐ Criminal Complaint   ☐ Other _____

pending in the __Western__ District of __S. Dakota__, Case Number __08-5000L__.

In that case, the defendant is charged with a violation(s) of Title(s) __18__ United States Code, Section(s) __228(a)(1) + 228(a)(1)(3)__

Description of Charges: __Failure to pay Legal Child Support__.

Respectfully Submitted,
Joseph P. Russionello
UNITED STATES ATTORNEY

Date: __7/7/08__

_____
Assistant U.S. Attorney

DOCUMENT NO. 1
CSA's INITIALS: R
DISTRICT COURT
CRIMINAL CASE PROCESSING

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

**FILED**
JAN 0 8 2008

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GAYLORD W. LaPLANTE, JR.,<br><br>Defendant. | CR 08-50001<br><br>**INDICTMENT**<br><br>Failure to Pay Legal Child Support<br><br>18 U.S.C. § 228(a)(1)<br>18 U.S.C. § 228(a)(3) |

The Grand Jury charges:

## COUNT I

From on or about May 1, 2005, and continuing to the April 30, 2007, in Pennington County, in the District of South Dakota, defendant, Gaylord W. LaPlante, Jr., while residing in a different state with respect to his minor child, K.A.V., who resides in South Dakota, willfully and unlawfully failed to pay a past due support obligation, as ordered by the Sixth Judicial Circuit, Haakon County, South Dakota, and which obligation has remained unpaid for a period longer than one year and is in an amount greater than $5,000.00 in violation of 18 U.S.C. § 228(a)(1).

## COUNT II

From on or about June 1, 2005, and continuing to September 30, 2005, in Pennington County, in the District of South Dakota, defendant, Gaylord W. LaPlante, Jr., while residing in a different state with respect to his minor child, S.L.K., who resides in South Dakota, willfully and unlawfully failed to pay a past due support obligation, as ordered by the Seventh Judicial Circuit, Pennington County, South Dakota, and which obligation has remained unpaid for a period longer than two years and is in an amount greater than $10,000.00 in violation of 18 U.S.C. § 228(a)(3).

A TRUE BILL:

*[signature]*
Foreperson

MARTY J. JACKLEY
UNITED STATES ATTORNEY

By: *[signature]*

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court
### District of South Dakota
### Western Division

UNITED STATES OF AMERICA
v.
Gaylord W. LaPlante, Jr.

**WARRANT FOR ARREST**

Case Number: CR08-50001

To: The United States Marshal
and any authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Gaylord W. LaPlante, Jr.** and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Petition to Revoke

Charging him or her with

Failure to Pay Legal Child Support

in violation of 18 U.S.C. 228(a)(1) and 228(a)(3)

BONNIE HORAN
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

Bonnie Horan
Signature of Issuing Officer

JANUARY 9, 2008, RAPID CITY, SD
Date and Location

Bail fixed at $_____
By_____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |