```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  LARA S. VINNARD
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
 4  Telephone:  (408) 291-7753

 5  Counsel for Defendant LAPLANTE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-70406 HRL |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO EXPAND DEFENDANT'S TRAVEL AREA TO INCLUDE EASTERN DISTRICT OF CALIFORNIA; [PROPOSED] ORDER** |
| v. | ) | |
| GAYLORD WILLIAM LAPLANTE, | ) | |
| Defendant. | ) | |

Defendant and the government hereby stipulate that the defendant's travel area may be expanded to include the Eastern District of California as well as the Northern District.

Dated:  7/8/08                    _____/s/_____
                                  LARA S. VINNARD
                                  Assistant Federal Public Defender

Dated:  7/8/08                    _____/s/_____
                                  SHAWNA YEN
                                  Assistant United States Attorney

///

///

///

///

STIPULATION TO EXPAND TRAVEL AREA;
[PROPOSED] ORDER
No. CR 08-70406 HRL                          1

1 **ORDER**

3   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the defendant's travel area is expanded to include the Eastern District of California as well as the Northern District.

   IT IS SO ORDERED.

Dated: _____

HOWARD R. LLOYD
United States Magistrate Judge