BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant LAPLANTE

E-FILED

~~RECEIVED~~

~~JUL 0 9 2008~~

FILED

JUL 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GAYLORD WILLIAM LAPLANTE, ) <br> ) <br> Defendant. ) <br> ) | No. CR 08-70406 HRL <br><br> **STIPULATION TO EXPAND DEFENDANT'S TRAVEL AREA TO INCLUDE EASTERN DISTRICT OF CALIFORNIA;** ~~[PROPOSED]~~ **ORDER** |

Defendant and the government hereby stipulate that the defendant's travel area may be expanded to include the Eastern District of California as well as the Northern District.

Dated: 7/8/08

/s/
LARA S. VINNARD
Assistant Federal Public Defender

Dated: 7/8/08

/s/
SHAWNA YEN
Assistant United States Attorney

///
///
///
///

STIPULATION TO EXPAND TRAVEL AREA;
[PROPOSED] ORDER
No. CR 08-70406 HRL                                            1

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the defendant's travel area is expanded to include the Eastern District of California as well as the Northern District.

IT IS SO ORDERED.

Dated: 7/14/08

_____
HOWARD R. LLOYD
United States Magistrate Judge