**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking  General Court Number
Clerk  408.535.5363

July 21, 2008

**Clerk of Court-USDC-Western Division**
**302 Federal Building and United States Courthouse**
**515 Ninth Street, Rapid City, SD 57701**

Case Name:  **USA-v-Gaylord William LaPlante**
Case Number:  **5-08-70406-HRL (Your Case#CR08-50001)**
Charges:  **18:228(A)(1) & 228(a)(1)(3)**

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard R. Lloyd. The following action has been taken:

    (X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
    ( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:

original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

    Sincerely yours,

    RICHARD WIEKING, Clerk

by: *Cita F. Escalano*
    Case Systems Administrator

Enclosures
cc: Financial Office
-----------------------------------------------------------------------------------------
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____  **CLERK, U.S. DISTRICT COURT**

    **By** _____
    **Deputy Clerk**