**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

FILED
2008 JUL 29 P 3:05
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

July 21, 2008

**Clerk of Court-USDC-Western Division**
**302 Federal Building and United States Courthouse**
**515 Ninth Street, Rapid City, SD 57701**

Case Name: **USA-v-Gaylord William LaPlante**
Case Number: **5-08-70406-HRL (Your Case#CR08-50001)**
Charges: **18:228(A)(1) & 228(a)(1)(3)**

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard R. Lloyd. The following action has been taken:

(X) The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
() The defendant has a court appearance in your court on:

Enclosed are the following documents:

original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Cita F. Escolano
Case Systems Administrator

Enclosures
cc: Financial Office

---

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

CR08-50001.

**Date:** 7-24-08

**CLERK, U.S. DISTRICT COURT**

**By** Bonnie Homan
**Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

FILED
2008 JUL 29 P 3:05
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

July 21, 2008

**Clerk of Court**
**US District Court for Eastern California**
**2500 Tulare Street, Suite 1501**
**US Courthouse Building**
**Fresno, CA 93721-2201**

Case Name: **USA-v-Reynaldo W. Sotelo**
Case Number: **5-08-70437-HRL (Your Case# 08-CR-00224-LJO)**
Charges: **8:371**

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard R. Lloyd. The following action has been taken:

(X) The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

(X) The defendant has a court appearance in your court on: July 29, 2008 @ 9:00 Before Duty Magistrate Judge

Enclosed are the following documents:

Original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Cita F. Escolano
Case Systems Administrator

Enclosures
cc: Financial Office

---

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

______________________.

**Date:** 7-25-08

**CLERK, U.S. DISTRICT COURT**

**By** [signature]
**Deputy Clerk**